UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROMEO SALTA JR. and PHYLLIS POLEGA,

                        Plaintiffs,

      -against-

UNITED STATES OF AMERICA,

                        Defendant.

-----------------------------------------------------------------X

**ORDER**

**21-cv-08911 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a joint request to adjourn the oral argument date. Dkt. No. 46. Neither Party requested an oral argument in their original motions, so the oral argument is adjourned *sine die*. Should the Court deem an oral argument necessary, it will propose a new date after counsel's parental leave has concluded.

      SO ORDERED.

DATED:   New York, New York
              August 16, 2024

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge