**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROMEO SALTA JR. and PHYLLIS POLEGA,

                Plaintiffs,

-against-                                21 **CIVIL** 8911 (JW)

                                                       **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2024, Defendant's Motion for Summary Judgment is GRANTED, and Plaintiffs' Cross Motion for Summary Judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 26, 2024

                                                      **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                            **BY:**     *K. Mango*

                                                     **Deputy Clerk**